**Continuing Abatement Order filed November 3, 2022**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-22-00078-CV

_____

### MINAZ HASSANALI AND WESTMONT HOSPITALITY GROUP, Appellants

### V.

### MAHENDRA KAPADIA AND WESTCHASE INTERESTS, LLC, Appellees

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-51498**

## CONTINUING ABATEMENT ORDER

On August 30, 2022, we abated this appeal for sixty days. On October 28, 2022, appellants filed an unopposed motion requesting that we continue the abatement of this appeal. That motion is GRANTED.

The appeal is abated, treated as a closed case, and removed from this court's active docket until **December 30, 2022**. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan.